UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY DEAN, | No. 2:25-cv-03120-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

    The application attacks a conviction issued by the Riverside County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

////

1

1     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2     This matter is transferred to the United States District Court for the Central District of
3 California.

5 Dated: November 20, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE